199 So.2d 921

## GRAVITY DRAINAGE DISTRICT NO. 2 OF ST. CHARLES PARISH

v.

## Dr. John Earle CLAYTON.

### No. 48757.

June 9, 1967.

In re: Dr. John Earle Clayton applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Charles. 197 So.2d 746.

Writ refused. The judgment of the Court of Appeal is correct.

199 So.2d 922

## Succession of Irene SELLARS, wife of Jules L. VIDEAU.

### No. 48754.

June 9, 1967.

In re: Jules L. Videau, Testamentary Executor, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 197 So.2d 655.

Writ refused. We find no error of law in the two assignments of error presented for our consideration.

199 So.2d 922

## HYGRADE INVESTMENTS, INC.

v.

## Lee R. LEONARD and Gerald B. Hellman.

### No. 48765.

June 9, 1967.

In re: Hygrade Investments, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 197 So.2d 702.

Writ refused. The judgment is not final.